UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
August 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LORETTA LEIGH CANHAM, )<br>)<br>Defendant. ) | Case No. CR. S-08-0363 LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LORETTA LEIGH CANHAM</u>, Case No. <u>CR. S-08-0363 LKK</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    X  Bail Posted in the Sum of $ *80,000⁰⁰*

    *Dxg* X  Unsecured Appearance Bond

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

    X  (Other)  *Residential Treatment in the Effort; Pretrial Services Supervision of Condition*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released". *The defendant to be released to the Pretrial Services Office on August 22, 2008 at 8:30 a.m. for delivery to the Effort.*

Issued at <u>Sacramento, CA</u> on <u>August 20, 2008</u> at <u>3:06</u> pm.

By *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge