```
FILED
August 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR. S-08-0363 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| LORETTA LEIGH CANHAM, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LORETTA LEIGH CANHAM</u>, Case No. <u>CR. S-08-0363 LKK</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

X   Bail Posted in the Sum of $ *80,000.00*

~~Day~~ X   Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X   (Other) *Residential Treatment in the Effort; Pretrial Services Supervision of Condition*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released". *The defendant to be released to the Pretrial Services Office on August 22, 2008 at 8:30 a.m. for delivery to the Effort.*

Issued at <u>Sacramento, CA</u> on <u>August 20, 2008</u> at <u>3:06</u> pm.

By *Dale A. Drozd*

Dale A. Drozd
United States Magistrate Judge