John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
David Robbie Forkner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-363 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| David Forkner and | ) | |
| Loretta Canham, | ) | |
| | ) | |
| | ) | Date:  2/20/2009 |
| Defendants. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning Esq., and counsel for defendant Loretta Leigh Canham, Dennis S. Waks Esq., that the status conference presently set for February 20, 2009 be **continued to March 27, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference.  This matter involves a  wire intercept on several telephones and related pen registers, as well as over 3000 pages of discovery.

It is further stipulated that the time between February 20,

1

2009 and March 27, 2009 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 USC § 3161(h)(8)(B)(iv)(Local T-4).

IT IS SO STIPULATED.

Dated: February 19, 2009          /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  David Robbie Forkner

Dated: February 19, 2009          /s/ Dennis S. Waks
                                  DENNIS S. WAKS
                                  Attorney for Defendant
                                  Loretta Leigh Canham

Dated: February 19, 2009          McGREGOR W. SCOTT
                                  United States Attorney

                              by:  /s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S 08-363 GEB |
|                       Plaintiff, | ) |
|     v. | ) [PROPOSED] ORDER TO |
|  | ) CONTINUE STATUS CONFERENCE |
| David Forkner and | ) |
| Loretta Canham, | ) |
|                       Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the February 20, 2009 status conference be continued to March 27, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T-4) from the date of this order to March 27, 2009.

IT IS SO ORDERED.

Dated:  February 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

3