```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  LORETTA LEIGH CANHAM
```

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | ) No. Cr.S. 08-363-GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) |
| | ) Date: August 21, 2009 |
| | ) Time: 9:00 A.M. |
| LORETTA LEIGH CANHAM and | ) Judge: Hon. Garland E. Burrell |
| DAVID ROBBIE FORKNER, | ) |
| | ) |
| Defendants. | ) |

_____

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MICHAEL M. BECKWITH, Assistant United States Attorney, attorney for Plaintiff, DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, LORETTA LEIGH CANHAM and JOHN R. MANNING, attorney for defendant, DAVID ROBBIE FORKNER, that the current Status Conference date of June 26, 2009 be vacated and reset for August 21, 2009 at 9:00 a.m.

   Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

   It is further stipulated and agreed to between the parties that from the date of this order to August 21, 2009, time should be excluded within which the trial of the above criminal prosecution must commence

for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(8)(B)(iv)(Local Code T4).

DATED:  June 24, 2009                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender


                                          /s/ Dennis S. Waks
                                         DENNIS S. WAKS
                                         Supervising Assistant Federal
                                         Defender
                                         Attorney for Defendant
                                         LORETTA LEIGH CANHAM

DATED:  June 24, 2009


                                         /s/ Dennis S. Waks for
                                         _____
                                         JOHN MANNING
                                         Attorney for Defendant
                                         DAVID ROBBIE FORKNER


                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

Dated: June 24, 2009
                                          /S/ Dennis S. Waks for
                                         MICHAEL M. BECKWITH
                                         Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 26, 2009


                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

2