JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID FORKNER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   ) No. CR-S-08-363 GEB
                            )
        Plaintiff,          )
                            ) STIPULATION AND ORDER
                            ) CONTINUING STATUS CONFERNCE
v.                          )
                            ) Date:  August 21, 2009
                            ) Time:  9:00 a.m.
DAVID  FORKNER and          ) Judge: Hon. Garland E. Burrell
LORETTA CANHAM,             )
                            )
        Defendants.         )
                            )
                            )

      IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning, Esq., and counsel for defendant Loretta Canham, Dennis S. Waks, Esq., that the status conference presently set for August 21, 2009 be **continued to October 2, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference October 2, 2009.

IT IS SO STIPULATED

| | |
|---|---|
| Dated:  August 17, 2009 | /s/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>David Forkner |
| Dated:  August 17, 2009 | /s/ Dennis S. Waks<br>DENNIS S. WAKS<br>Attorney for Defendant<br>Loretta Canham |
| Dated:  August 17, 2009 | Lawrence G. Brown<br>United States Attorney<br><br>by: /s/ Michael M. Beckwith<br>MICHAEL M. BECKWITH<br>Assistant United States Attorney |

1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  1111 H Street, # 204
3  Sacramento, CA. 95814
   (916) 444-3994
4  Fax (916) 447-0931

5  Attorney for Defendant
   DAVID FORKNER
6

7              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,       ) No. CR-S-08-363 GEB
                                   )
11      Plaintiff,                 )
                                   ) ORDER TO CONTINUE STATUS
12 v.                              ) CONFERNCE
                                   )
13                                 )
   DAVID  FORKNER and              )
14 LORETTA CANHAM,                 )
                                   )
15      Defendants.                )
                                   )
16                                 )
17 _____

18

19    GOOD CAUSE APPEARING, it is hereby ordered that the August 21, 2009 status

20 conference be continued to October 2, 2009 at 9:00 a.m.  I find that the ends of justice warrant an

21 exclusion of time and that the defendant's need for continuity of counsel and reasonable time for

22 effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS

23 FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and

24 Local Code T4 from the date of this order to October 2, 2009.

25
   IT IS SO ORDERED.
26 Dated:  August 19, 2009
                                                  _____
27                                                Garland E. Burrell
                                                  United States District Judge
28