```
DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LORETTA LEIGH CANHAM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>          Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>    )<br>    )<br>LORETTA LEIGH CANHAM and    )<br>DAVID ROBBIE FORKNER,    )<br>    )<br>          Defendants.    )<br>_____ | No. Cr.S. 08-363-GEB<br><br>STIPULATION AND [ORDER]<br><br><br>Date:  November 20, 2009<br>Time:  9:00 A.M.<br>Judge: Hon. Garland E. Burrell |

     IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MICHAEL M. BECKWITH, Assistant United States Attorney, attorney for Plaintiff, DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, LORETTA LEIGH CANHAM and JOHN R. MANNING, attorney for defendant, DAVID ROBBIE FORKNER, that the current Status Conference date of October 2, 2009 be vacated and reset for November 20, 2009 at 9:00 a.m.

     Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

     It is further stipulated and agreed to between the parties that from the date of this order to November 20, 2009, time should be excluded within which the trial of the above criminal prosecution must

1  commence for purposes of the Speedy Trial Act.  All parties stipulate
2  and agree that this is an appropriate exclusion of time within the
3  meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code
4  T4).

6  Dated:  October 1, 2009                Respectfully submitted,
7                                         DANIEL BRODERICK
                                          Federal Defender
9                                          /s/ Dennis S. Waks
                                          DENNIS S. WAKS
10                                        Supervising Assistant Federal
                                          Defender
11                                        Attorney for Defendant
                                          LORETTA LEIGH CANHAM
12
   DATED:  October 1, 2009

14                                        /s/ Dennis S. Waks for
                                          _____
15                                        JOHN MANNING
                                          Attorney for Defendant
16                                        DAVID ROBBIE FORKNER

                                          LAWRENCE G. BROWN

19  Dated: October 1, 2009
                                           /S/ Dennis S. Waks for
20                                        MICHAEL M. BECKWITH
                                          Assistant U.S. Attorney

                         **ORDER**

     **IT IS SO ORDERED.**

24  Dated:  October 2, 2009

                                          _____
                                          GARLAND E. BURRELL, JR.
26                                        United States District Judge

2