John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone: (916) 444-3994

Attorney for Defendant
David Robbie Forkner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-08-363 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| David Forkner and ) | |
| Loretta Canham, ) | |
| ) | |
| ) | Date:  11/20/09 |
| Defendants. ) | Time:  9:00 a.m. |
| _____) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning Esq., and counsel for defendant Loretta Leigh Canham, Dennis S. Waks Esq., that the status conference presently set for November 20, 2009 be **continued to January 29, 2010, at 9:00 a.m.**, thus **vacating** the presently set status conference.  This matter involves a  wire intercept on several telephones and related pen registers, as well as over 3000 pages of discovery.

It is further stipulated that the time between November 20,

1

2009 and January 29, 2010 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(7)(B)(iv) and (Local T-4).

IT IS SO STIPULATED.

Dated: November 16, 2009          /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  David Robbie Forkner

Dated: November 16, 2009          /s/ Dennis S. Waks
                                  DENNIS S. WAKS
                                  Attorney for Defendant
                                  Loretta Leigh Canham

Dated: November 16, 2009          Lawrence G. Brown
                                  United States Attorney

                             by:  /s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>David Forkner and<br>Loretta Canham,<br><br>　　　　　Defendants.<br>_____ | ) Case No.  CR.S 08-363 GEB<br>)<br>)<br>)<br>) ORDER TO<br>) CONTINUE STATUS CONFERENCE<br>)<br>)<br>)<br>)<br>) |

　　GOOD CAUSE APPEARING, it is hereby ordered that the November 20, 2009 status conference be continued to January 29, 2010 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 from the date of this order to January 29, 2010.

Dated:　November 23, 2009

*/s/ Garland E. Burrell, Jr.*

_____

GARLAND E. BURRELL, JR.

United States District Judge

3