1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  LORETTA LEIGH CANHAM

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )  No. Cr.S. 08-363-GEB
10                                   )
                      Plaintiff,     )
11                                   )  STIPULATION AND ORDER
        v.                           )
12                                   )
                                     )  Date:  March 26, 2010
13                                   )  Time:  9:00 A.M.
   LORETTA LEIGH CANHAM and          )  Judge: Hon. Garland E. Burrell
14 DAVID ROBBIE FORKNER,             )
                                     )
15                    Defendants.    )
   _____
16

17      IT IS HEREBY STIPULATED by and between the parties through their

18 respective counsel, MICHAEL M. BECKWITH, Assistant United States

19 Attorney, attorney for Plaintiff, DENNIS S. WAKS, Supervising Assistant

20 Federal Defender, attorney for defendant, LORETTA LEIGH CANHAM and JOHN

21 R. MANNING, attorney for defendant, DAVID ROBBIE FORKNER, that the

22 current Status Conference date of January 29, 2010, be vacated and

23 reset for March 26, 2010, at 9:00 a.m.

24      Defense counsel needs additional time to prepare, to review the

25 discovery, and to interview witnesses.

26      It is further stipulated and agreed to between the parties that

27 from the date of this order to March 26, 2010, time should be excluded

28 within which the trial of the above criminal prosecution must commence

for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).


Dated:  January 25, 2010                Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                         /s/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        LORETTA LEIGH CANHAM

DATED:  January 25, 2010



                                        /s/ Dennis S. Waks for
                                        _____
                                        JOHN MANNING
                                        Attorney for Defendant
                                        DAVID ROBBIE FORKNER


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: January 25, 2010
                                         /S/ Dennis S. Waks for
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

                                        **ORDER**

        **IT IS SO ORDERED.**

Dated:  January 27, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2