```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>                                 )<br>      v.                         )<br>                                 )<br> DAVID ROBBIE FORKNER, and       )<br> LORETTA LEIGH CANHAM            )<br>                                 )<br>            Defendants.          )<br>_____) | CR. S-08-0363-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br><br><br><br>Hon. Garland E. Burrell |

The parties request that the status conference currently set for March 26, 2010, be continued to April 23, 2010, and stipulate that the time beginning March 26, 2010, and extending through April 23, 2010, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties need additional time for preparation.

1

1  Therefore, the parties have agreed and respectfully request that
2  the Court set the date of April 23, 2010, for the status
3  conference.
4      The parties stipulate and agree that the interests of
5  justice served by granting this continuance outweigh the best
6  interests of the public and the defendants in a speedy trial.
7  18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: March 24, 2010           By: /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


Dated: March 24, 2010           By: /s/ John Manning
                                    JOHN MANNING
                                    Attorney for defendant
                                    DAVID ROBBIE FORKNER

Dated: March 24, 2010           By: /s/ Dennis S. Waks
                                    DENNIS S. WAKS
                                    Attorney for defendant
                                    LORETTA LEIGH CANHAM

**ORDER**

For the reasons stated above, the status conference for defendants, David Robbie Forkner and Loretta Leigh Canham, in case number CR. S-08-0363-GEB, currently set for March 26, 2010, is continued to April 23, 2010; and the time beginning March 26, 2010, and extending through April 23, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 25, 2010

GARLAND E. BURRELL, JR.
United States District Judge