```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  LORETTA LEIGH CANHAM
```

            IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 08-363-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | Date: August 6, 2010 |
| ) | Time: 9:00 A.M. |
| LORETTA LEIGH CANHAM and ) | Judge: Hon. Garland E. Burrell |
| DAVID ROBBIE FORKNER, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MICHAEL M. BECKWITH, Assistant United States Attorney, attorney for Plaintiff, DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, LORETTA LEIGH CANHAM and JOHN R. MANNING, attorney for defendant, DAVID ROBBIE FORKNER, that the current Status Conference date of June 11, 2010, be vacated and reset for August 6, 2010, at 9:00 a.m.

Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

It is further stipulated and agreed to between the parties that from the date of this order to August 6, 2010, time should be excluded within which the trial of the above criminal prosecution must commence

for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

Dated: June 9, 2010                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender


                                        /s/ Dennis S. Waks
                                       DENNIS S. WAKS
                                       Supervising Assistant Federal
                                       Defender
                                       Attorney for Defendant
                                       LORETTA LEIGH CANHAM

DATED:  June 9, 2010


                                       /s/ Dennis S. Waks for
                                       _____
                                       JOHN MANNING
                                       Attorney for Defendant
                                       DAVID ROBBIE FORKNER


                                       BENJAMIN B. WAGNER
                                       United States Attorney


Dated: June 9, 2010
                                        /S/ Dennis S. Waks for
                                       MICHAEL M. BECKWITH
                                       Assistant U.S. Attorney

                                **ORDER**

    **IT IS SO ORDERED.**

Dated:  June 9, 2010


                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

2