1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  LORETTA LEIGH CANHAM

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        ) No. Cr.S. 08-363-GEB
10                                  )
                 Plaintiff,         )
11                                  ) STIPULATION AND [PROPOSED ORDER]
        v.                          )
12                                  )
                                    ) Date: November 19, 2010
13                                  ) Time: 9:00 a.m.
   LORETTA LEIGH CANHAM and         ) Judge: Hon. Garland E. Burrell
14 DAVID ROBBIE FORKNER,            )
                                    )
15               Defendants.        )
   _____

16

17      IT IS HEREBY STIPULATED by and between the parties through their

18 respective counsel, MICHAEL M. BECKWITH, Assistant United States

19 Attorney, attorney for Plaintiff, DENNIS S. WAKS, Supervising Assistant

20 Federal Defender, attorney for defendant, LORETTA LEIGH CANHAM and JOHN

21 R. MANNING, attorney for defendant, DAVID ROBBIE FORKNER, that the

22 current Status Conference date of October 8, 2010, be vacated and reset

23 for November 19, 2010, at 9:00 a.m.

24      Defense counsel needs additional time to prepare, to review the

25 discovery, and to interview witnesses.

26      It is further stipulated and agreed to between the parties that

27 from the date of this order to November 19, 2010, time should be

28 excluded within which the trial of the above criminal prosecution must

commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

Dated: October 5, 2010                     Respectfully submitted,

                                           DANIEL BRODERICK
                                           Federal Defender


                                            /s/ Dennis S. Waks
                                           DENNIS S. WAKS
                                           Supervising Assistant Federal
                                           Defender
                                           Attorney for Defendant
                                           LORETTA LEIGH CANHAM

DATED:  October 5, 2010


                                           /s/ Dennis S. Waks for
                                           _____
                                           JOHN MANNING
                                           Attorney for Defendant
                                           DAVID ROBBIE FORKNER


                                           BENJAMIN B. WAGNER
                                           United States Attorney


Dated: October 5, 2010
                                            /S/ Dennis S. Waks for
                                           MICHAEL M. BECKWITH
                                           Assistant U.S. Attorney

                        **ORDER**

**IT IS SO ORDERED.**

Dated:  October 6, 2010


                                           _____
                                           GARLAND E. BURRELL, JR.
                                           United States District Judge

2