```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
David Robbie Forkner
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-08-363 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| David Forkner and Loretta Canham, | ) | |
| | ) | Date:  November 19, 2010 |
| Defendants. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning Esq., and counsel for defendant Loretta Leigh Canham, Dennis S. Waks Esq., request that the status conference currently set for November 19, 2010, be continued to January 14, 2011, and stipulate that the time beginning November 19, 2010, and extending through January 14, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties request to exclude time for defense preparation. This matter involves a wire intercept on several

1

telephones and related pen registers, as well as over 3000 pages of discovery.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 USC § 3161(h)(7)(B)(iv) and (Local T-4).

IT IS SO STIPULATED.

Dated: November 16, 2010        /s/ John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                David Robbie Forkner

Dated: November 16, 2010        /s/ John R. Manning for
                                DENNIS S. WAKS
                                Attorney for Defendant
                                Loretta Leigh Canham

Dated: November 16, 2010        Benjamin B. Wagner
                                United States Attorney

                           by:  /s/ John R. Manning for
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) Case No.  CR.S 08-363 GEB
                                 )
                Plaintiff,       )
                                 )
     v.                          ) ORDER
                                 ) CONTINUING STATUS CONFERENCE
David Forkner and                )
Loretta Canham,                  )
                                 )
                                 )
                Defendants.      )
_____)
```

GOOD CAUSE APPEARING, it is hereby ordered that the November 19, 2010 status conference be continued to January 14, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 from the date of this order to January 14, 2011.

IT IS SO ORDERED.

Dated:11/17/10

_____
United States District Judge

3