1   DANIEL BRODERICK, Bar # 89424
    Federal Defender
2   DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

    Attorney for Defendant
6   LORETTA LEIGH CANHAM

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,        )  No. Cr.S. 08-363-GEB
10                                   )
                    Plaintiff,       )
11                                   )  STIPULATION AND [PROPOSED ORDER]
          v.                         )
12                                   )
                                     )  Date:  March 11, 2011
13                                   )  Time:  9:00 a.m.
    LORETTA LEIGH CANHAM and         )  Judge: Hon. Garland E. Burrell
14  DAVID ROBBIE FORKNER,            )
                                     )
15                  Defendants.      )
    _____

16

17        IT IS HEREBY STIPULATED by and between the parties through their

18  respective counsel, MICHAEL M. BECKWITH, Assistant United States

19  Attorney, attorney for Plaintiff, DENNIS S. WAKS, Supervising Assistant

20  Federal Defender, attorney for defendant, LORETTA LEIGH CANHAM and JOHN

21  R. MANNING, attorney for defendant, DAVID ROBBIE FORKNER, that the

22  current Status Conference date of January 14, 2011, be vacated and

23  reset for March 11, 2011, at 9:00 a.m.

24        Defense counsel needs additional time to prepare, to review the

25  discovery, and to interview witnesses.

26        It is further stipulated and agreed to between the parties that

27  from the date of this order to March 11, 2011, time should be excluded

28  within which the trial of the above criminal prosecution must commence

1  for purposes of the Speedy Trial Act.  All parties stipulate and agree

2  that this is an appropriate exclusion of time within the meaning of

3  Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

4

5  DATED: January 12, 2011                 Respectfully submitted,

6                                          DANIEL BRODERICK
                                           Federal Defender
7

8                                           /s/ Dennis S. Waks
                                           DENNIS S. WAKS
9                                          Supervising Assistant Federal
                                           Defender
10                                         Attorney for Defendant
                                           LORETTA LEIGH CANHAM
11  DATED: January 12, 2011

12

13                                         /s/ Dennis S. Waks for

14                                         JOHN MANNING
                                           Attorney for Defendant
15                                         DAVID ROBBIE FORKNER

16

17                                         BENJAMIN B. WAGNER
                                           United States Attorney

18

19  Dated: January 12, 2011
                                            /S/ Dennis S. Waks for
20                                         MICHAEL M. BECKWITH
                                           Assistant U.S. Attorney

21                                                 **ORDER**

22        **IT IS SO ORDERED.**

23  Dated:  January 12, 2011

24

25                                         _____
                                           GARLAND E. BURRELL, JR.
26                                         United States District Judge

27

28

2