```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
David Robbie Forkner
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-363 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| David Forkner and | ) | |
| Loretta Canham, | ) | Date:  May 6, 2011 |
| | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. |
| Defendants. | ) |        Burrell, Jr. |
| _____ | ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning Esq., and counsel for defendant Loretta Leigh Canham, Dennis S. Waks Esq., that the status conference currently set for March 11, 2011, be continued to May 6, 2011, and stipulate that the time beginning March 11, 2011, and extending through May 6, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties request to exclude time for defense preparation. This matter involves a wire intercept on several telephones and related pen registers, as well as over 3000 pages of discovery.

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 USC § 3161(h)(7)(B)(iv) and (Local T-4).

IT IS SO STIPULATED.

Dated: March 9, 2011

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
David Robbie Forkner

Dated: March 9, 2011

/s/ John R. Manning for
DENNIS S. WAKS
Attorney for Defendant
Loretta Leigh Canham

Dated: March 9, 2011

Benjamin B. Wagner
United States Attorney

by: /s/ John R. Manning for
MICHAEL M. BECKWITH
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S 08-363 GEB |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| David Forkner and Loretta Canham, | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the March 11, 2011 status conference be continued to May 6, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 from the date of this order to May 6, 2011.

IT IS SO ORDERED.

Dated:  March 10, 2011

_____

GARLAND E. BURRELL, JR.

United States District Judge

3