```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
David Robbie Forkner
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-363 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| David Forkner and | ) | |
| Loretta Canham, | ) | Date:  August 12, 2011 |
| | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. |
| Defendants. | ) |         Burrell, Jr. |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning Esq., and counsel for defendant Loretta Leigh Canham, Dennis S. Waks Esq., that the status conference currently set for June 24, 2011, be continued to August 12, 2011, and stipulate that the time beginning June 24, 2011, and extending through August 12, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties request to exclude time for defense preparation. This matter involves a wire intercept on several telephones and related pen registers, as well as over 3000 pages of discovery.

1

1  The parties stipulate and agree that the interests of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendants in a speedy trial. 18
4 USC § 3161(h)(7)(B)(iv) and (Local T-4).
5 IT IS SO STIPULATED.

```
Dated: June 21, 2011              /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 David Robbie Forkner

Dated: June 21, 2011              /s/ John R. Manning for
                                 DENNIS S. WAKS
                                 Attorney for Defendant
                                 Loretta Leigh Canham


Dated: June 21, 2011             Benjamin B. Wagner
                                 United States Attorney

                            by:   /s/ John R. Manning for
                                 MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>David Forkner and<br>Loretta Canham,<br><br>             Defendants.<br>_____ | Case No.  CR.S 08-363 GEB<br><br>[PROPOSED] ORDER TO<br>CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the June 24, 2011 status conference be continued to August 12, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to August 12, 2011.

Dated:  July 5, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

3