DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LORETTA LEIGH CANHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 08-363-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| ) | Date: September 30, 2011 |
| ) | Time: 9:00 a.m. |
| LORETTA LEIGH CANHAM and ) | Judge: Hon. Garland E. Burrell |
| DAVID ROBBIE FORKNER, ) | |
| ) | |
| Defendants. ) | |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MICHAEL M. BECKWITH, Assistant United States Attorney, attorney for Plaintiff, DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, LORETTA LEIGH CANHAM and JOHN R. MANNING, attorney for defendant, DAVID ROBBIE FORKNER, that the current Status Conference date of August 12, 2011, be vacated and reset for September 30, 2011, at 9:00 a.m.

    Defense counsel needs additional time to prepare, to review the discovery, and to interview witnesses.

    It is further stipulated and agreed to between the parties that from the date of this order to September 30, 2011, time should be excluded within which the trial of the above criminal prosecution must

1 commence for purposes of the Speedy Trial Act.  All parties stipulate
2 and agree that this is an appropriate exclusion of time within the
3 meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code
4 T4).

5

6 Dated: August 10, 2011                Respectfully submitted,
7                                       DANIEL BRODERICK
                                        Federal Defender
8

9                                        /s/ Dennis S. Waks
                                        DENNIS S. WAKS
10                                       Supervising Assistant Federal
                                        Defender
11                                      Attorney for Defendant
                                        LORETTA LEIGH CANHAM
12
    DATED: August 10, 2011
13

14                                      /s/ Dennis S. Waks for

15                                      JOHN MANNING
                                        Attorney for Defendant
16                                      DAVID ROBBIE FORKNER

17
                                        BENJAMIN B. WAGNER
18                                      United States Attorney

19
    Dated: August 10, 2011
20                                       /S/ Dennis S. Waks for
                                        MICHAEL M. BECKWITH
21                                      Assistant U.S. Attorney

22                          **ORDER**

23      **IT IS SO ORDERED.**

24  Dated:  August 15, 2011
25

26                                      _____
                                        GARLAND E. BURRELL, JR.
27                                      United States District Judge

28

2