1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  David Robbie Forkner

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,    )   CR NO. S-08-363 GEB
                                  )
11 |          Plaintiff,          )   STIPULATION AND
                                  )   [PROPOSED] ORDER CONTINUING
12 |     v.                       )   STATUS CONFERENCE
                                  )
13 | David Forkner and            )
     Loretta Canham,              )   Date:   November 4, 2011
14 |                              )   Time:   9:00 a.m.
                                  )   Judge:  Hon. Garland E.
15 |          Defendants.         )           Burrell, Jr.
   | _____)

16

17       IT IS HEREBY stipulated between the United States of America

18 through its undersigned counsel, Michael M. Beckwith, Assistant

19 United States Attorney, together with counsel for defendant David

20 Forkner, John R. Manning Esq., and counsel for defendant Loretta

21 Leigh Canham, Dennis S. Waks Esq., that the status conference

22 currently set for September 30, 2011, be continued to November 4,

23 2011, and stipulate that the time beginning September 30, 2011,

24 and extending through November 4, 2011, should be excluded from

25 the calculation of time under the Speedy Trial Act.  The parties

26 request to exclude time for defense preparation. This matter

27 involves a wire intercept on several telephones and related pen

28 registers, as well as over 3000 pages of discovery.

                                    1

1    The parties stipulate and agree that the interests of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendants in a speedy trial. 18
4 USC § 3161(h)(7)(B)(iv) and (Local T-4).
5 IT IS SO STIPULATED.

7 Dated: September 21, 2011        /s/ John R. Manning
                                   JOHN R. MANNING
8                                  Attorney for Defendant
                                   David Robbie Forkner

10 Dated: September 21, 2011        /s/ John R. Manning for
                                    DENNIS S. WAKS
11                                  Attorney for Defendant
                                    Loretta Leigh Canham

14 Dated: September 21, 2011       Benjamin B. Wagner
                                   United States Attorney

16                              by: /s/ John R. Manning for
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>David Forkner and<br>Loretta Canham,<br><br>　　　　　Defendants. | Case No.  CR.S 08-363 GEB<br><br>[PROPOSED] ORDER TO<br>CONTINUE STATUS CONFERENCE |

　　GOOD CAUSE APPEARING, it is hereby ordered that the September 30, 2011 status conference be continued to November 4, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 from the date of this order to November 4, 2011.

Dated:  September 27, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

3