```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
David Robbie Forkner
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-363 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| David Forkner and | ) | |
| Loretta Canham, | ) | Date:   January 20, 2012 |
| | ) | Time:   9:00 a.m. |
| | ) | Judge:  Hon. Garland E. |
| Defendants. | ) | Burrell, Jr. |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning Esq., and counsel for defendant Loretta Leigh Canham, Dennis S. Waks Esq., that the status conference currently set for November 4, 2011, be continued to January 20, 2012, and stipulate that the time beginning November 3, 2011, and extending through January 20, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties request to exclude time for defense preparation. This matter involves a wire intercept on several telephones and related pen registers, as well as over 3000 pages of discovery.

1  The parties stipulate and agree that the interests of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendants in a speedy trial. 18
4 USC § 3161(h)(7)(B)(iv) and (Local T-4).
5 IT IS SO STIPULATED.

7 Date: November 2, 2011          /s/ John R. Manning
                                 JOHN R. MANNING
8                                Attorney for Defendant
                                 David Robbie Forkner

10 Dated: November 2, 2011         /s/ John R. Manning for
                                 DENNIS S. WAKS
11                               Attorney for Defendant
                                 Loretta Leigh Canham

14 Dated: November 3, 2011        Benjamin B. Wagner
                                 United States Attorney

                            by:  /s/ John R. Manning for
16                               MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S 08-363 GEB |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| David Forkner and | ) |
| Loretta Canham, | ) |
| Defendants. | ) |

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, November 3, 2011, through and including January 20, 2012, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code

/ / /

3

1  T4.  It is further ordered that the November 4, 2011 status
2  conference shall be continued until January 20, 2012, at 9:00a.m.
3  IT IS SO ORDERED.
4
5
6  Dated:   November 3, 2011
7
8
9                                   GARLAND E. BURRELL, JR.
10                                  United States District Judge

4