```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LORETTA LEIGH CANHAM
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) No. Cr.S. 08-363-GEB
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND [PROPOSED ORDER]
13       v.                       )
                                  )
14                                )
                                  ) Date:  March 2, 2012
15  LORETTA LEIGH CANHAM,         ) Time:  9:00 a.m.
                                  ) Judge: Hon. Garland E. Burrell
16              Defendant.        )
    _____ )
17
```

18       IT IS HEREBY STIPULATED by and between the parties through their

19  respective counsel, MICHAEL M. BECKWITH, Assistant United States

20  Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising

21  Assistant Federal Defender, attorney for defendant, LORETTA LEIGH

22  CANHAM, that the current Status Conference date of January 20, 2012 be

23  vacated and reset for March 2, 2012 at 9:00 a.m.

24       Defense counsel needs additional time to prepare, to review the

25  discovery, and to interview witnesses.

26       It is further stipulated and agreed to between the parties that

27  the time from the date of the signing of this order to and including

28  March 2, 2012 should be excluded within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

Dated: January 17, 2012						Respectfully submitted,

								DANIEL BRODERICK
								Federal Defender


								 /s/ Dennis S. Waks
								DENNIS S. WAKS
								Supervising Assistant Federal Defender
								Attorney for Defendant
								LORETTA LEIGH CANHAM


								BENJAMIN B. WAGNER
								United States Attorney


Dated: January 17, 2012						/s/ Dennis S. Waks for
								MICHAEL M. BECKWITH
								Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the court specifically finds that the ends of justice served by granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 2, 2012.

Dated:  January 17, 2012

								_____
								GARLAND E. BURRELL, JR.
								United States District Judge

2