1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LORETTA LEIGH CANHAM

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. Cr.S. 08-363-GEB
                                  )
12               Plaintiff,       )
                                  )  STIPULATION AND [PROPOSED ORDER]
13      v.                        )
                                  )
14                                )
                                  )  Date:  March 30, 2012
15  LORETTA LEIGH CANHAM,         )  Time:  9:00 a.m.
                                  )  Judge: Hon. Garland E. Burrell
16               Defendant.       )
    _____ )
17

18       IT IS HEREBY STIPULATED by and between the parties through their

19  respective counsel, MICHAEL M. BECKWITH, Assistant United States

20  Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising

21  Assistant Federal Defender, attorney for defendant, LORETTA LEIGH

22  CANHAM, that the current Status Conference date of March 23, 2012, be

23  vacated and reset for March 30, 2012, at 9:00 a.m.

24       This continuance is being requested because defense counsel

25  requires additional time to review discovery, discuss the case with the

26  government and pursue investigation.

27       It is further stipulated and agreed to between the parties that

28  the time from the date of the signing of this order to and including

1   March 30, 2012 should be excluded within which the trial of the above

2   criminal prosecution must commence for purposes of the Speedy Trial

3   Act.   All parties stipulate and agree that this is an appropriate

4   exclusion of time within the meaning of Title 18, United States Code,

5   §3161(h)(7)(B)(iv)(Local Code T4).

6   Dated:  March 22, 2012              Respectfully submitted,

7                                       DANIEL BRODERICK
                                        Federal Defender
8

9                                        /s/ Dennis S. Waks
                                        DENNIS S. WAKS
10                                      Supervising Assistant Federal
                                        Defender
11                                      Attorney for Defendant
                                        LORETTA LEIGH CANHAM
12

13                                      BENJAMIN B. WAGNER
                                        United States Attorney
14

15  Dated:  March 22, 2012              /s/ Dennis S. Waks for
                                        MICHAEL M. BECKWITH
16                                      Assistant U.S. Attorney

17

18                        **O R D E R**

19      **IT IS SO ORDERED.**   For the reasons set forth above, the court

20  specifically finds that the ends of justice served by granting of such

21  a continuance outweigh the best interest of the public and the

22  defendant in a speedy trial and therefore excludes time under the

23  Speedy Trial Act through March 30, 2012.

24  Dated:  March 23, 2012

25

26  _____
    GARLAND E. BURRELL, JR.
27  United States District Judge

28

                             2