BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           Plaintiff,   )<br>)<br>     v.                   )<br>)<br>LORETTA LEIGH CANHAM,      )<br>)<br>           Defendant.  )<br>_____) | CR. No. S 2:08-363 GEB<br><br><br><br>ORDER |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment in case number CR S 2:08-363 GEB, as to defendant LORETTA LEIGH CANHAM is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated:  March 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1