DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LORETTA LEIGH CANHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 08-363-GEB |
| Plaintiff, | |
| v. | [PROPOSED ORDER] EXONERATING BOND |
| LORETTA LEIGH CANHAM and DAVID ROBBIE FORKNER, | Judge: Hon. Garland E. Burrell |
| Defendants. | |

On March 26, 2012, the Court signed an Order dismissing the Indictment for defendant Loretta Canham.  Defense counsel is requesting that the court exonerate the property bond which was recorded with the San Bernardino County Recorder's Office on August 20, 2008.  The original Deed of Trust was not received by the Clerk for the Eastern District of California and is attached hereto as Exhibit A.  The Court hereby orders that the property bond posted on behalf of Ms. Canham in the United States District Court for the Eastern District of California is EXONERATED and that the Clerk of the Court execute and file a

/ / /

/ / /

/ / /

reconveyance of the deed of trust used to secure the bond.

Dated:  April 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge